No. 980. SHERMAN ET AL. *v.* 333 NORTH MICHIGAN AVENUE BLDG. CORP. ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles Leibman* and *Benjamin I. Salinger* for petitioners. *Messrs. John S. Miller, Laurence G. Hastings, Conrad H. Poppenhusen, James W. Hyde, Samuel A. Ettilson, Edw. R. Johnston, Lincoln R. Clark,* and *Ervin M. Treusch* for respondents.

No. 992. DENNISTON *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harold H. Corbin* and *Edward J. Bennett* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Earl C. Crouter* for the United States.

No. 995. ELECTRIC BOND & SHARE CO. ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Thomas D. Thacher* and *John F. MacLane* for petitioners. *Solicitor General Reed* and *Assistant Attorney General Jackson* for respondents.

No. 957. BALTER ET AL. *v.* ICKES ET AL. June 1, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Edmund M. Toland* and *Reynolds Robertson* for petitioners. *Solicitor General Reed* and *Assistant Attorney General McFarland* for respondents.